**FILED**

FEB - 4 2026

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Chance Joshua Cantrell
_____
Plaintiff's full name (Please print)

Case No. CIV-26-34-RAW

v.

Gary Batton
Robert Apala
B.J. Hedgecock
Amanda Rhoden
Ladina Martin
_____
Defendant(s)' full name (Please print)

(To be filled out by Clerk's Office only)

For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. *The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Each claim you raise must be properly exhausted. If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).

*Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Chance Joshua Cantrell
_____
Full name                                                                         Aliases

15412-506
_____
Prisoner ID #

Gilmer Federal Correctional Institution
_____
Place of Detention/Incarnation

P.O. Box 6000
_____
Institutional Address

Glenville           WV           26351
_____
City                        State                  Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first page. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: **Gary Batton**
*Full Name*

**Chief of Choctaw Nation**
*Current Job Title*

**P.O. Box 1210**
*Current Work Address*

**Durant**     **OK**     **74702**
*City*     *State*     *Zip Code*

Defendant 2: **Robert Apala**
*Full Name*

**Corrections Manager**
*Current Job Title*

**351 Shannon Rd**
*Current Work Address*

**McAlester**     **OK**     **74501**
*City*     *State*     *Zip Code*

Defendant 3: **B.J. Hedgecock**
Full Name

Pushmataha County Sheriff
Current Job Title

207 SW 3rd St
Current Work Address

Antlers    OK    74523
City    State    Zip Code

Defendant 4: **Amanda Rhoden**
Full Name

Jail administrater
Current Job Title

207 SW 3rd St
Current Work Address

Antlers    OK    74523
City    State    Zip Code

Defendant 5: **Ladina Martin**
Full Name

assistant Jail administrater
Current Job Title

207 SW 3rd St
Current Work Address

Antlers    OK    74523
City    State    Zip Code

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: June 5, 2024 — September 5, 2024

Place(s) of occurrence: Pushmataha County Jail

*State which of your federal constitutional or federal statutory rights have been violated:*

inadequate medical attention, pain & suffering, cruel & unusual punishment, deliberate indifference

*Briefly state the FACTS that support your case. Provide a short and plain statement of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

FACTS: I put in a medical slip to see the dentist in the beginning of June, I ended up with an infection and ended up in hospital July 25th. I wrote Gary Batton and Robert Apala asking to be taken to the Dentist and was not taken until September 6th.

### B. Claim 2

Date(s) of occurrence: July 25, 2024 — July 29, 2024

Place(s) of occurrence: Pushmataha County Jail

*State which of your federal constitutional or federal statutory rights have been violated:*

inadequate medical, pain & suffering, cruel & unusual punishment, deliberate indifference

FACTS: I went to emergency room July 25 with an abcess tooth infection was prescribed antibiotics, and nurse explained to Jailer I needed my antibiotics they would be ready with the hour if not my infection would progress. Amanda Rhoden, BJ Hedgecock, Ladina Martin were notified. I didn't receive my antibiotics for 4 or 5 days.

Rev. 07/2019

5

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

Due to my incarceration and lack of knowledge of the law, I would like to be provided with a lawyer.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?    ☐ Yes    ☑ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

_____

_____

_____

_____

_____

_____

_____

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

_Chan Cantrell_      1-28-2026
*Plaintiff's Signature*      *Date*

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 28th day of January, 2026.

_Ch Cantrell_      1-28-2026
*Plaintiff's Signature*      *Date*

Rev. 07/2019      8

